

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2014

No. 04-14-00236-CR

Troy **CURTIS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR0800A
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

On June 25, 2014, we ordered Appellant to provide written proof to this court by July 7, 2014 that either court reporter Mary Beth Simpkins's fee had been paid or that Appellant was entitled to appeal without paying for the record. On June 26, 2014, Appellant filed a response with this court. Appellant explained that he did not request a record be made by any other court reporter than Erminia Uviedo, the reporter responsible for the probation revocation hearing held on March 31, 2014. Appellant further explained that Ms. Uviedo's record, filed on June 10, 2014, was the record of the only matter being raised on appeal.

Our June 25, 2014 show cause order is satisfied. Appellant's brief is due to be filed no later than July 10, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court